942 A.2d 892

Allen GINN, Petitioner

v.

John J. POSERINA, Jr., Lynn Abraham, Esq., Vivian T. Miller, Deputy Superintendent Diguglielmo, Respondents.

No. 177 EM 2007.

Supreme Court of Pennsylvania.

Feb. 13, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 13th day of February, 2008, the Application for Leave to File Original Process is granted. The Habeas Corpus Ad Subjiciendum is denied.

942 A.2d 892

Anthony OLIVER, Sr., Administrator of the Estate of Anthony Daniel Oliver, Jr., Deceased, and Anthony Oliver, Sr., and Sherree Goode, in their Own Right, Respondents

v.

LOU'S OF UPPER DARBY, INC. and Phoenix Arms

Petition of Lou's of Upper Darby, Inc.

No. 148 EM 2006.

Supreme Court of Pennsylvania.

Feb. 13, 2008.

## ORDER

PER CURIAM.

Application for Relief

**AND NOW,** this 13th day of February, 2008, the Application for Relief is **DENIED.**

Mr. Justice McCAFFERY dissents.